OPINION — AG — **** BOARD OF EDUCATION — INSURANCE — RELATIVE **** A BOARD OF EDUCATION CANNOT LEGALLY PURCHASE INSURANCE BY A SEALED BID THROUGH AN INSURANCE AGENCY OWNED BY A BOARD MEMBER'S BROTHERS AND FATHER, AND IN WHICH THE BOARD MEMBER HAS A MINOR INTEREST, UNDER ANY CIRCUMSTANCES. CITE: 70 O.S. 1961, 4-29 [70-4-29] W. HOWARD O'BRYAN, JR. ** SEE: OPINION NO. 73-190 (1973) ** ** SEE: OPINION NO. 73-234 (1973) **